# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JONES LANG LASALLE AMERICAS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM LUFF ) <br> ) <br> Defendant. ) | 11 CV 7162 <br><br> Honorable Judge Gary Feinerman |

**AGREED MOTION FOR ENTRY OF JUDGMENT PURSUANT TO SETTLEMENT**

NOW COMES PLAINTIFF, Jones Lang LaSalle Americas, Inc., by and through its attorneys, Carol Oshana and Oshana Law, and hereby propounds this Motion to Enter Judgment pursuant to settlement. In support of said Motion, Plaintiff states as follows:

1. On November 14, 2012, before the honorable Judge Mason, Plaintiff and Defendant agreed that judgment would be entered against Mr. Luff in the amount of $321,170.54. The parties have agreed to reduce the amount of judgment for a total of $226,937.27 in favor of Jones Lang LaSalle Americas, Inc. and against William Luff.

2. The Order for Judgment is attached herein as Exhibit A.

FOR ALL THE FOREGOING REASONS, Plaintiff, Jones Lang LaSalle Americas, Inc., and Defendant, William Luff, ask this honorable Court to grant its motion for entry of judgment against Defendant William Luff in the amount of $226,937.27.

By Agreement,

JONES LANG LASALLE AMERICAS, INC.,

___/s/ Carol Oshana___
By one of its Attorneys

WILLIAM LUFF,

_____

OSHANA LAW
CAROL BILLLIE OSHANA
20 North Clark Street, Suite 3100
Chicago, IL 60602
312.404.8390
312.236.5913 (facsimile)
ARDC No: 6243613

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JONES LANG LASALLE AMERICAS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM LUFF ) <br> ) <br> Defendant. ) | 11 CV 7162 <br><br> Honorable Judge Gary Feinerman |

**ORDER FOR JUDGMENT**

This cause coming to be heard on the parties' Agreed Motion for Entry of Judgment, with the Court being fully advised on the Premises, it is hereby Ordered:

Pursuant to a settlement agreement, the parties agreed that Judgment shall be entered against William Luff.

Judgment shall be entered on behalf of Jones Lang LaSalle Americas, Inc. and against William Luff in the amount of $ 226,937.27.

ENTERED:


By:_____
Honorable Judge Gary Feinerman

Date:_____

OSHANA LAW
CAROL BILLLIE OSHANA
20 North Clark Street, Suite 3100
Chicago, IL 60602
312.404.8390
312.236.5913 (facsimile)
ARDC No: 6243613